USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA, : 13-Cr-836 (SHS)

    -v- :

HENRY JAMES, : AMENDED ORDER

          Defendant. :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      On August 4, 2015, this Court, *inter alia*, imposed sentence on Count Two. On November 4, 2019, this Court, *inter alia*, vacated defendant's conviction and sentence on Count Two [*see* Minute Entry dated 11/4/2019]. Accordingly,

      IT IS HEREBY ORDERED that the Clerk of Court is directed to return the $100 Special Assessment paid to the Court by defendant on Count Two. The check shall be made payable to Henry Jones.

Dated: New York, New York
       December 5, 2019

                                             SO ORDERED:

                                             Sidney H. Stein, U.S.D.J.