UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| UNITED STATES OF AMERICA, | : | 13-Cr-836 (SHS) |
|---|---|---|
| -v- | : | <u>ORDER</u> |
| HENRY JAMES, | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     Defendant having filed a motion for release from custody dated May 4, 2020 [Doc. No. 391],

     IT IS HEREBY ORDERED that the government shall respond to the motion on or before May 12, 2020.

Dated: New York, New York
       May 5, 2020

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.