UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

HENRY JAMES,

Defendant.

---

13-Cr-836 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

On May 26, 2020, this Court denied defendant Henry James's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 400.) James now renews his motion. (ECF No. 403.) Because nothing in James's renewed motion alters this Court's determination that a sentence reduction would be inconsistent with the factors set forth in 18 U.S.C. § 3553(a),

IT IS HEREBY ORDERED that defendant's renewed motion for compassionate release is denied.

Dated: New York, New York
April 26, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.